UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN W. SHORT,

    Plaintiff,

v.                                        Case No. 3:24cv505-LC-HTC

RYAN A. MCCORMICK,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 18, 2024 (ECF No. 5), recommending that Plaintiff's case be dismissed as frivolous under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED as frivolous under 28 U.S.C. §§ 1915A; 1915 (e)(2)(B).

3. All other matters raised in docs. 6, 7, 8, 9, 12, and 13 are deemed frivolous and DENIED.

4. The clerk shall close the file.

**DONE AND ORDERED** this 22nd day of November, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv505-LC-HTC